**NTCAPR**

# United States Bankruptcy Court
## District of Massachusetts (Boston)
### Adversary Proceeding #: 09-01284
Internal Use Only

*Assigned to:* Judge Frank J. Bailey                    *Date Filed:* 09/03/09
*Lead BK Case:* 09-13478
*Lead BK Title:* Jody Ann Lowenstern
*Lead BK Chapter:* 13
*Demand:*

*Nature[s] of Suit:* 21 Validity, priority or extent of lien or other interest in property
02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

**Plaintiff**
-----------------------

**Jody Ann Lowenstern**                    represented by **David G. Baker**
151 Jackson Street                                         236 Huntington Avenue, Ste. 306
Newton, MA 02459                                           Boston, MA 02115
                                                           (617) 340-3680
                                                           Fax : 866-661-5328
                                                           Email: ecf@bostonbankruptcy.org
                                                           *LEAD ATTORNEY*

V.

**Defendant**
-----------------------

**Mortgage Electronic Registration**       represented by **Mortgage Electronic Registration**
**Systems, Inc.**                                         **Systems, Inc.**
                                                          PRO SE

**Federal Deposit Insurance**              represented by **Erin Powers Severini**
**Corporation as Receiver for AmTrust**                   Doonan, Graves, and Longoria, LLC
**Bank**                                                  100 Cummings Center Suite 225D
Doonan Graves and Longoria LLC                            Beverly, MA 01915
100 Cummings Center Ste. 225D                             978-921-2670
Beverly, MA 01915                                         Email: es@dgandl.com

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
|  |  | Adversary case 09-01284. Complaint by Jody Ann Lowenstern |

| | | |
|---|---|---|
| 09/03/2009 | 1 | against AmTrust Bank f/k/a Ohio Savings Bank, Mortgage Electronic Registration Systems, Inc.. Fee Amount $0.00 Receipt Number Exempt. (Attachments: # 1 Cover Sheet) Nature of Suit (21 (Validity, priority or extent of lien or other interest in property)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)))(Baker, David) (Entered: 09/03/2009) |
| 09/03/2009 | 2 | Summons Issued on AmTrust Bank f/k/a Ohio Savings Bank Answer Due 10/5/2009; Mortgage Electronic Registration Systems, Inc. Answer Due 10/5/2009. (chy, USBC) (Entered: 09/03/2009) |
| 09/03/2009 | 3 | Court Certificate of Mailing RE: 2 Summons Issued. (chy, USBC) (Entered: 09/03/2009) |
| 10/05/2009 | 4 | Notice of Appearance and Request for Notice by Reneau J. Longoria with certificate of service. Filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank (Longoria, Reneau) (Entered: 10/05/2009) |
| 10/05/2009 | 5 | Notice of Appearance and Request for Notice by Erin Powers Severini with certificate of service. Filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank (Severini, Erin) (Entered: 10/05/2009) |
| 10/05/2009 | 6 | Motion filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank to Dismiss Adversary Proceeding (Re: 1 Complaint) with certificate of service filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank (Severini, Erin) (Entered: 10/05/2009) |
| 10/05/2009 | 7 | Brief/Memorandum In Support of (Re: 6 Motion to Dismiss Adversary Proceeding). filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank (Severini, Erin) (Entered: 10/05/2009) |
| 10/09/2009 | 8 | Hearing Scheduled for 12/8/2009 at 11:30 AM Boston Courtroom 4 - FJB RE: 6 Motion filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank to Dismiss Adversary Proceeding. Objections due by 11/12/2009 at 04:30 PM. (rmb, USBC) (Entered: 10/09/2009) |
| 10/11/2009 | 9 | BNC Certificate of Mailing - Hearing. RE: 8 Hearing Scheduled Service Date 10/11/2009. (Admin.) (Entered: 10/12/2009) |
| | | Notice of Hearing *with certificate of service* (RE: 6 Motion to Dismiss Adversary Proceeding). Filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank (Severini, Erin) (Entered: |

| | | |
|---|---|---|
| 10/13/2009 | 10 | 10/13/2009) |
| 10/21/2009 |  | NOTICE: The Bankruptcy Court in Boston has moved as of October 26, 2009. All hearings scheduled on this day and beyond will be in the new location. The new location is John W. McCormack Post Office and Court House, 5 Post Office Square, Boston, MA 02109. Main telephone effective on October 26, 2009 is 617-748-5300. All courtrooms are located on the 12th floor. (ADI) (Entered: 10/21/2009) |
| 11/17/2009 | 11 | Motion filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank to Extend Response Deadline and Continue Hearing (Re: 6 Motion to Dismiss Adversary Proceeding) with certificate of service filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank (Severini, Erin) (Entered: 11/17/2009) |
| 11/18/2009 | 12 | Order dated 11/18/2009 RE: 11 Motion filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank to Extend Response Deadline and Continue Hearing (Re: 6 Motion to Dismiss Adversary Proceeding). GRANTED: THE RESPONSE DEADLINE IS EXTENDED TO JANUARY 12, 2010. THE COURT WILL SEPARATELY RESCHEDULE THE HEARING. (chy, USBC) (Entered: 11/18/2009) |
| 11/20/2009 | 13 | BNC Certificate of Mailing - PDF Document. RE: 12 Order on Motion to Continue/Cancel Hearing Service Date 11/20/2009. (Admin.) (Entered: 11/21/2009) |
| 11/24/2009 | 14 | Hearing Rescheduled for 1/19/2010 at 02:00 PM Boston Courtroom 3, 12th Floor, 5 Post Office Square, Boston, MA 02109 RE: 6 Motion filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank to Dismiss Adversary Proceeding. Objections due by 1/12/2010 at 04:30 PM. (rmb, USBC) (Entered: 11/24/2009) |
| 11/25/2009 | 15 | Certificate of Service of Notice of Hearing RE: 6 Motion to Dismiss Adversary Proceeding Filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank (Severini, Erin) CORRECTIVE ENTRY: Order of pages corrected. Incorrect event used. The correct event is Certificate of Service of notice of Hearing. Docket text changed to more accurately reflect document. Modified on 11/25/2009 (ymw). (Entered: 11/25/2009) |
| 11/26/2009 | 16 | BNC Certificate of Mailing - Hearing. RE: 14 Hearing Scheduled Service Date 11/26/2009. (Admin.) (Entered: 11/27/2009) |
| | | Statement *(Requests status conference, etc.)* with certificate of service (Re: 6 Motion to Dismiss Adversary Proceeding). filed by |

| | | |
|---|---|---|
| 01/13/2010 | 🔵 17 | Plaintiff Jody Ann Lowenstern (Baker, David) (Entered: 01/13/2010) |
| 01/14/2010 | 🔵 18 | Assented To Motion filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank to Continue Hearing (Re: 6 Motion to Dismiss Adversary Proceeding) *scheduled for January 19, 2010* with certificate of service filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank (Attachments: # 1 Certificate of Service) (Severini, Erin) (Entered: 01/14/2010) |
| 01/15/2010 | 🔵 19 | Order dated 1/15/2010 RE: 18 Assented To Motion filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank to Continue Hearing (Re: 6 Motion to Dismiss Adversary Proceeding filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank). GRANTED. THE COURT WILL RESCHEDULE THE HEARING. (chy, USBC) (Entered: 01/15/2010) |
| 01/15/2010 | 🔵 20 | Hearing Rescheduled for 2/17/2010 at 11:30 AM Boston Courtroom 3, 12th Floor, 5 Post Office Square, Boston, MA 02109 RE: 6 Motion filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank to Dismiss Adversary Proceeding. (rmb, USBC) (Entered: 01/15/2010) |
| 01/17/2010 | 🔵 21 | BNC Certificate of Mailing - Hearing. RE: 20 Hearing Scheduled Service Date 01/17/2010. (Admin.) (Entered: 01/18/2010) |
| 01/17/2010 | 🔵 22 | BNC Certificate of Mailing - PDF Document. RE: 19 Order on Motion to Continue/Cancel Hearing Service Date 01/17/2010. (Admin.) (Entered: 01/18/2010) |
| 01/20/2010 | 🔵 23 | Certificate of Service of Notice of Hearing (Re: 6 Motion to Dismiss Adversary Proceeding). filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank (Attachments: # 1 Notice of Rescheduled Nonevidentiary Hearing) (Severini, Erin) (Entered: 01/20/2010) |
| 01/21/2010 | 🔵 24 | Order dated 1/21/2010 RE: 17 Statement filed by Plaintiff Jody Ann Lowenstern (Requests status conference, etc.) Re: 6 Motion to Dismiss Adversary Proceeding. THE DEBTOR'S REQUEST FOR STATUS CONFERENCE IS DENIED. THE DEBTOR'S REQUEST TO STAY DEADLINE FOR RESPONDING TO MOTION TO DISMISS IS DENIED; THE DEBTOR'S RESPONSE TO THE MOTION TO DISMISS SHALL BE FILED ON OR BEFORE FEBRUARY 10, 2010. (chy, USBC) (Entered: 01/21/2010) |
| 01/23/2010 | 🔵 25 | BNC Certificate of Mailing - PDF Document. RE: 24 Order Service Date 01/23/2010. (Admin.) (Entered: 01/24/2010) |

| | | |
|---|---|---|
| 02/16/2010 | 26 | Objection with memorandum and with certificate of service filed by Plaintiff Jody Ann Lowenstern Re: 6 Motion filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank to Dismiss Adversary Proceeding (Re: 1 Complaint). (Baker, David) (Entered: 02/16/2010) |
| 02/16/2010 | 27 | Motion filed by Plaintiff Jody Ann Lowenstern for Leave to File Late Objection to Motion to Dismiss with certificate of service RE: 26 Plaintiff's Objection (Re: 6 Motion filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank to Dismiss Adversary Proceeding). (Baker, David) CORRECTIVE ENTRY: Linkage created to document #6 and #26. Modified on 2/16/2010 (chy, USBC). (Entered: 02/16/2010) |
| 02/17/2010 | | Motions terminated (#27) (chy, USBC) (Entered: 02/17/2010) |
| 02/17/2010 | 28 | Order dated 2/17/2010 RE: 6 Motion filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank to Dismiss Adversary Proceeding (Re: 1 Complaint). HEARING HELD. THE MOTION TO DISMISS IS HEREBY DENIED AS TO COUNT I (MISREPRESENTATION) AND GRANTED AS TO COUNT II (UNCONSCIONABILITY). WITH RESPECT TO COUNT I, THE DEBTOR HAS IDENTIFIED TWO MISREPRESENTATIONS WITH SUFFICIENT PARTICULARITY IN PARAGRAPHS 26 AND 27 OF THE COMPLAINT. THE DEBTOR SHALL BE LIMITED TO PROOF OF THOSE ALLEGED MISREPRESENTATIONS IN THE EVENT THIS CASE PROCEEDS TO TRIAL. THE MOTION TO DISMISS IS ALLOWED AS TO COUNT II (UNCONSCIONABILITY) FOR FAILURE TO STATE A CLAIM (RULE 12(B)(6)). THE DEBTOR HAS NOT IDENTIFIED A COGNIZABLE BASIS FOR RELIEF IN THAT SHE HAS NOT IDENTIFIED EITHER SUBSTANTIVE OR PROCEDURAL UNCONSCIONABILITY. SHE HAS NOT IDENTIFIED SPECIFIC CONTRACT TERMS THAT SHE ALLEGES WERE OPPRESSIVE AND IN FACT SHE STATES THAT SHE HAS REPEATEDLY REFINANCED THE LOAN ON THE PROPERTY, SUGGESTING THAT SHE IS FAMILIAR WITH THE FINANCING PROCESS. THE DEFENDANT SHALL FILE AN ANSWER ON OR BEFORE MARCH 5, 2010. BY THE SAME DATE, THE DEFENDANT OR THE FDIC AS RECEIVER FOR THE DEFENDANT SHALL FILE ANY MOTION NECESSARY FOR SUBSTITUTION OF THE FDIC AS RECEIVER AS A PARTY DEFENDANT. (chy, USBC) (Entered: 02/17/2010) |
| 02/19/2010 | 29 | BNC Certificate of Mailing - PDF Document. RE: 28 Order on Motion to Dismiss Adversary Proceeding Service Date 02/19/2010. (Admin.) (Entered: 02/20/2010) |

| | | |
|---|---|---|
| 03/02/2010 | 30 | DISREGARD: Assented To Motion filed by Defendant Federal Deposit Insurance Corporation as Receiver for AmTrust Bank To Substitute Party with certificate of service (Attachments: # 1 Exhibit A-B) (Severini, Erin) CORRECTIVE ENTRY: Disregard, incorrect PDF attached. See document #32. Modified on 3/2/2010 (ymw). (Entered: 03/02/2010) |
| 03/02/2010 | 31 | Assented To Motion filed by Defendant Federal Deposit Insurance Corporation as Receiver for AmTrust Bank To Stay the Proceeding Pending the Exhaustion of Administrative Remedies Under 12 U.S.C. Section 1821(d) with certificate of service. (Attachments: # 1 Exhibit A-B) (Severini, Erin) (Entered: 03/02/2010) |
| 03/02/2010 | 32 | Assented To Motion filed by Defendant Federal Deposit Insurance Corporation as Receiver for AmTrust Bank To Substitute Party with certificate of service. (Attachments: # 1 Exhibit A-B) (Severini, Erin) (Entered: 03/02/2010) |
| 03/02/2010 | | Motions terminated. (ymw) (Entered: 03/02/2010) |
| 03/16/2010 | 33 | Order dated 3/16/2010 RE: 31 Assented To Motion filed by Defendant Federal Deposit Insurance Corporation as Receiver for AmTrust Bank To Stay the Proceeding Pending the Exhaustion of Administrative Remedies Under 12 U.S.C. Section 1821(d). GRANTED: THIS ADVERSARY PROCEEDING IS HEREBY STAYED UNTIL THE EARLIER OF 180 DAYS FROM THE DATE ON WHICH PLAINTIFF FILES HER CLAIM WITH THE FDIC-R OR THE DATE THE FDIC-R DISALLOWS THE CLAIMS. THE PARTIES SHALL FILE A JOINT STATUS REPORT ON OR BEFORE SEPTEMBER 17, 2010. THE PLAINTIFF SHALL PROMPTLY FILE HER CLAIM WITH THE FDIC-R, AND IN ANY EVENT NO LATER THAN APRIL 16, 2010. (chy, USBC) (Entered: 03/16/2010) |
| 03/16/2010 | 34 | Order dated 3/16/2010 RE: 32 Assented To Motion filed by Defendant Federal Deposit Insurance Corporation as Receiver for AmTrust Bank To Substitute Party. Terminating AmTrust Bank f/k/a Ohio Savings Bank. GRANTED: THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMTRUST BANK IS HEREBY SUBSTITUTED FOR AMTRUST BANK AS DEFENDANT HEREIN. (chy, USBC) (Entered: 03/17/2010) |
| 03/18/2010 | 35 | BNC Certificate of Mailing - PDF Document. RE: 33 Order on Motion to Stay Service Date 03/18/2010. (Admin.) (Entered: 03/19/2010) |

| | | |
|---|---|---|
| 03/19/2010 | 36 | BNC Certificate of Mailing - PDF Document. RE: 34 Order on Motion to Substitute Party Service Date 03/19/2010. (Admin.) (Entered: 03/20/2010) |
| 05/07/2010 | | Terminated Deadline (OBJ DDL #6) (chy, USBC) (Entered: 05/07/2010) |
| 09/17/2010 | 37 | Status Report (Re: 33 Order on Motion to Stay) filed by Defendant AmTrust Bank f/k/a Ohio Savings Bank (Attachments: # 1 Certificate of Service) (Valente, Stephen) (Entered: 09/17/2010) |
| 09/23/2010 | 38 | Order dated 9/23/2010 RE: 37 Status Report (Re: 33 Order on Motion to Stay). THE COURT WILL SCHEDULE A STATUS CONFERENCE IN THIS ADVERSARY PROCEEDING. (chy, USBC) (Entered: 09/23/2010) |
| 09/25/2010 | 39 | BNC Certificate of Mailing - PDF Document. RE: 38 Order Service Date 09/25/2010. (Admin.) (Entered: 09/26/2010) |
| 09/30/2010 | 40 | Status Conference Scheduled for 11/1/2010 at 10:45 AM Boston Courtroom 3, 12th Floor, 5 Post Office Square, Boston, MA 02109. (rmb, USBC) (Entered: 09/30/2010) |
| 10/02/2010 | 41 | BNC Certificate of Mailing - Hearing. RE: 40 Hearing Scheduled Service Date 10/02/2010. (Admin.) (Entered: 10/03/2010) |
| 10/28/2010 | 42 | Notice of Appearance and Request for Notice by Stephen Valente. Filed by Creditor Residential Credit Solutions, Inc. (Valente, Stephen) (Entered: 10/28/2010) |
| | | Order dated 11/1/2010 RE: Status Conference. STATUS CONFERENCE HELD. 1. THE DEBTOR IS HEREBY ORDERED TO SHOW CAUSE WHY HER CLAIMS HEREIN AGAINST THE FDIC AS RECEIVER FOR AMTRUST BANK SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION BECAUSE, UNDER 12 U.S.C. § 1821(D)(6)(A), JURISDICTION OVER ADMINISTRATIVE REVIEW OF THE FDICS REJECTION OF HER CLAIM IS LIMITED TO CERTAIN UNITED STATES DISTRICT COURTS, AND THIS COURT THEREFORE DOES NOT HAVE JURISDICTION OVER THE MATTER; AND 2. THE DEBTOR IS FURTHER ORDERED TO SHOW CAUSE WHY HER CLAIMS (IF ANY) AGAINST MERS IN THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED WITHOUT PREJUDICE INSOFAR AS (I) SHE DOES NOT APPEAR TO HAVE SERVED THE COMPLAINT ON MERS, NO RETURN OF SERVICE |

| | | |
|---|---|---|
| 11/01/2010 | 43 | HAVING BEEN FILED HEREIN, (II) HER CLAIMS AGAINST MERS DO NOT APPEAR TO BE CORE PROCEEDINGS, AS THE CLAIM AROSE PREPETITION, MERS IS NOT ALLEGED TO BE THE PRESENT HOLDER OF THE MORTGAGE, AND MERS HAS NOT FILED A CLAIM IN THIS CASE, (III) WHERE THE CLAIM IS NOT A CORE PROCEEDING, THE COURT MAY NOT ENTER FINAL JUDGMENT AS TO MERS WITHOUT ITS CONSENT, AND THAT CONSENT HAS NOT BEEN GIVEN, SEE 28 U.S.C. § 157(C), AND (IV) THE COMPLAINT DOES NOT STATE A CLAIM FOR RELIEF AGAINST MERS. THE DEBTOR SHALL FILE HER RESPONSE TO THIS ORDER ON OR BEFORE NOVEMBER 15, 2010. (chy, USBC) (Entered: 11/02/2010) |
| 11/03/2010 | | Terminated Deadline (HRG DDL #1) (chy, USBC) (Entered: 11/03/2010) |
| 11/04/2010 | 44 | BNC Certificate of Mailing - PDF Document. RE: 43 Order to Show Cause Service Date 11/04/2010. (Admin.) (Entered: 11/05/2010) |
| 11/09/2010 | | Terminated Deadline (RESP DDL #43) (chy, USBC) (Entered: 11/09/2010) |
| 11/14/2010 | 45 | Motion filed by Plaintiff Jody Ann Lowenstern for Withdrawal of Reference with certificate of service. Fee Amount $150 filed by Plaintiff Jody Ann Lowenstern (Attachments: # 1 Order to Show Cause# 2 FDIC letter of denial) (Baker, David) (Entered: 11/14/2010) |
| 11/14/2010 | 46 | Response with certificate of service filed by Plaintiff Jody Ann Lowenstern Re: 43 Order dated 11/1/2010 RE: Status Conference. (Baker, David) (Entered: 11/14/2010) |
| 11/17/2010 | | Receipt of filing fee for Motion for Withdrawal of Reference(09-01284) [motion,mwdref] ( 150.00). Receipt Number 9290575, amount $ 150.00. (U.S. Treasury) (Entered: 11/17/2010) |
| | | Order dated 11/23/2010 RE: 43 Order to Show Cause dated 11/1/2010 RE: Status Conference. THE COURT WILL TAKE NO ACTION ON ITS ORDER TO SHOW CAUSE AND THE PLAINTIFF'S RESPONSE THERETO UNTIL AFTER DISPOSITION OF THE PENDING MOTION FOR WITHDRAWAL OF THE REFERENCE AS TO THIS ADVERSARY PROCEEDING. THE PLAINTIFF SHALL PROMPTLY UPON DISPOSITION OF THE MOTION NOTIFY THIS COURT OF SUCH DISPOSITION. (chy, USBC) |

| | | |
|---|---|---|
| 11/23/2010 | ● 47 | (Entered: 11/23/2010) |
| 11/23/2010 | ● 48 | Order dated 11/23/2010 RE: 45 Motion filed by Plaintiff Jody Ann Lowenstern for Withdrawal of Reference. ORDER OF TRANSMITTAL: PURSUANT TO FED. R. BANKR. P. 5011 (A) ("[A] MOTION FOR WITHDRAWAL OF A ... PROCEEDING SHALL BE HEARD BY A DISTRICT JUDGE"), THE CLERK SHALL TRANSMIT THIS MOTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS FOR DISPOSITION. (chy, USBC) (Entered: 11/24/2010) |
| 11/25/2010 | ● 49 | BNC Certificate of Mailing - PDF Document. RE: 47 Order Service Date 11/25/2010. (Admin.) (Entered: 11/26/2010) |
| 11/26/2010 | ● 50 | BNC Certificate of Mailing - PDF Document. RE: 48 Order on Motion For Withdrawal Of Reference Service Date 11/26/2010. (Admin.) (Entered: 11/27/2010) |
| 11/29/2010 | ● 51 | Certification of Transmittal of Reference to U.S. District Court RE: 45 Motion filed by Plaintiff Jody Ann Lowenstern for Withdrawal of Reference. (chy, USBC) (Entered: 11/29/2010) |



Certified to be a true and correct copy of the original
James M. Lynch, Clerk
U.S. Bankruptcy Court
District of Massachusetts

By: _____
Deputy Clerk
Date: 11/24/2010